**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| HECTOR ANTONIO ARAUJO | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-11-3076 |
| | * | |
| FRU-CON CONSTRUCTION CORP. | * | |
| | ****** | |

## **MEMORANDUM**

Hector Antonio Araujo, the Debtor, has appealed from a decision of the Bankruptcy Court denying his discharge in bankruptcy. The decision of the Bankruptcy Court will be affirmed.

No extensive statement of the background facts is necessary because the record is clear. As to the Bankruptcy Court's finding that the Debtor violated 18 U.S.C. §727(a)(2)(A) by transferring pigs that he owned in El Salvador, so that he could use the proceeds of the sale to feed other pigs rather than to pay them to a creditor who held a lien on his pig farm, it is an entirely fair inference from the Debtor's testimony that his transfer and concealment of the proceeds of the sale of the pigs was on-going. Thus, the Bankruptcy Court properly found that the transfer occurred within one year of the date of the filing of the bankruptcy petition in violation of 11 U.S.C. §27(a)(2)(A). As to the §727(a)(7) issue, it is clear that although specific reference to that section was not made in Fru-Con's amended complaint or during the course of argument, the parties fully understood that one of the claims being asserted by Fru-Con in support of its objection to the Debtor's discharge was the fraudulent transfer of $40,000 arranged by the Debtor to keep the $40,000 from being paid to Fru-Con in the bankruptcy proceeding involving Araujo Construction Company, Inc., a concrete construction contractor of which the

1

Debtor was president.

A separate order affirming the decision of the Bankruptcy Court is being entered herewith.


Date:   January 12, 2012            ____/s/_____
                                    J. Frederick Motz
                                    United States District Judge